The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ROBERT BROTHERSON, PATRICK )
SHEEHY, and CAROLYN BECHTEL, )
individually and on behalf of all others similarly )
situated, )
      )
      )
      Plaintiffs, )
      )
v. )
      )
THE PROFESSIONAL BASKETBALL CLUB, )
L.L.C., an Oklahoma limited liability company )
registered to do business in the State of )
Washington, )
      )
      Defendant. )

No. C07-1787RAJ

DECLARATION OF DANNY BARTH IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR CLASS
CERTIFICATION

Danny Barth declares as follows:

1.     I was the Interim President and Chief Executive Officer of the Sonics during 2007. I have personal knowledge of the following.

2.     The Sonics season ticket renewal package mailer at issue in this lawsuit was mailed in March of 2007. The promotion of a price freeze was designed for renewing season ticket purchasers only and it excluded court-side seats and suites. The 07-08 full-season ticket packages for renewing ticket purchasers were at the same price points as they had been for the 06-07 season. No commitment to purchase in the later two seasons was asked for or received. No one prepaid for any season beyond 07-08.

DECLARATION OF DANNY BARTH IN SUPPORT OF
DEFENDANT'S OPPOSITION TO MOTION FOR CLASS
CERTIFICATION (No. C07-1787RAJ) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

3.    The price freeze promotion was developed when the PBC was lobbying the Washington Legislature for a new Renton arena.  The promotional letter sent out with renewal forms reflected the design of the Renton arena and the hope for support from the Washington Legislature.

4.    Persons and entities renewed in a number of ways – some via a written renewal form by mail, some by renewal forms filled out at games played in early April 2007, some by phone, and some online.

5.    According to our ticket system, season ticket renewals did not stop coming in after the April 16-18, 2007, publicity regarding the possibility that the 2007-2008 season could be the last one played at KeyArena.  The system shows ticket renewals remained strong after April 18, 2007 despite the news reports.  And, it shows that after the Sonics drew the second pick in the 2007 NBA draft on May 22, 2007, there was a spike in renewals.

6.    From my years of experience in the front office, I have observed that season-ticket purchasers are a very diverse assortment of people and companies ranging from individual fans who buy a single season ticket for every game, to large corporations, small companies, hotels, law firms, accounting firms and everything in between.  Some persons and entities purchase tickets for give-aways; some to use as incentives and rewards to employees; some to gift to clients; and the like.  These different ticket holders utilize them in varying degrees.  Some ticket holders used nearly every game ticket, some far less so.  Some resold their tickets through the Ticket Exchange vehicle hosted at Sonics.com.

I declare under penalty of perjury under the laws of the state of Washington that this declaration is true and correct.

DATED at Seattle, Washington, this 25TH day of July, 2008.

Danny Barth

DECLARATION OF DANNY BARTH IN SUPPORT OF
DEFENDANT'S OPPOSITION TO MOTION FOR CLASS
CERTIFICATION (No. C07-1787RAJ) - 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark A. Griffin (mgriffin@kellerrohrback.com)
Frederick W. Schoepflin (fschoeplin@kellerrohrback.com)
Keller Rohrback L.L.P
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052

Michael D. Myers (mmyers@myers-company.com)
Thomas B. Baisch (tbaisch@myers-company.com)
Myers & Company, P.L.L.C.
1809 Seventh Avenue, Suite 700
Seattle, WA  98101

/s/ John A. Tondini
John A. Tondini, WSBA #19092
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
jtondini@byrneskeller.com

DECLARATION OF DANNY BARTH IN SUPPORT OF
DEFENDANT'S OPPOSITION TO MOTION FOR CLASS
CERTIFICATION (No. C07-1787RAJ) - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000