The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ROBERT BROTHERSON, PATRICK
SHEEHY, and CAROLYN BECHTEL,
individually and on behalf of all others similarly
situated,

                  Plaintiffs,

    v.

THE PROFESSIONAL BASKETBALL CLUB,
L.L.C., an Oklahoma limited liability company
registered to do business in the State of
Washington,

                  Defendant.

No. C07-1787 (RAJ)

MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL

NOTE ON MOTION CALENDAR:
OCTOBER 16, 2008

Simultaneously with the filing of this Motion, Plaintiffs are filing:

1.      Declaration of Frederick W. Schoepflin in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment on Contract Damages.

The declaration refers to and/or attaches documents designated confidential by the parties. Plaintiffs file this Motion under Local Civil Rule 5(g), which requires that when a non-designating party files material in support of a motion that the other party has designated Confidential, (1) the papers are to be filed under seal, (2) the party filing the documents is to move to file the documents under seal, and (3) the party that designated the material as

MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
(07-1787RAJ) Page - 1

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Confidential must then demonstrate that the documents should continue to be withheld from public review according to the standards set out in the rule.

Plaintiffs are, therefore, filing under seal Exhibits 1, 18 and 19 to the Deposition of Brian Byrnes, attached as Exhibit B to the Declaration of Frederick W. Schoepflin in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment on Contract Damages.

Plaintiffs request that these documents be maintained under seal until such time as the Court has ruled on this Motion.  A proposed order is submitted herewith.

DATED this 6th day of October, 2008.

KELLER ROHRBACK L.L.P.

By s/ Frederick W. Schoepflin
   Mark A. Griffin, WSBA #16296
   Frederick W. Schoepflin, WSBA #19060
   Ian Mensher, WSBA #39593
Email:  mgriffin@kellerrohrback.com
      fschoepflin@kellerrohrback.com
      imensher@kellerrohrback.com

MYERS & COMPANY, P.L.L.C.
Michael David Myers, WSBA #22486
1809 – 7th Ave., Suite 700
Seattle, WA  98101
Tel: (206) 398-1188
Fax:  (206) 398-1189
Email:  mmyers@myers-company.com

*Attorneys for Plaintiffs & Proposed Class*

MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
 (07-1787RAJ) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT BROTHERSON, PATRICK SHEEHY and CAROLYN BECHTEL, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE PROFESSIONAL BASKETBALL CLUB, L.L.C., an Oklahoma limited liability company registered to do business in the State of Washington, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 07-1787 RAJ <br><br> CERTIFICATE OF SERVICE |

I hereby certify that on October 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Bradley S. Keller, Paul R. Taylor, Steven C. Minson, Christina L. Haring and John A. Tondini.

DATED this 6th day of October, 2008.

s/Frederick W. Schoepflin
Frederick W. Schoepflin

CERTIFICATE OF SERVICE
(07-1787 RAJ) Page 3

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384