The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ROBERT BROTHERSON, PATRICK
SHEEHY, and CAROLYN BECHTEL,
individually and on behalf of all others similarly
situated,

                Plaintiffs,

    v.

THE PROFESSIONAL BASKETBALL CLUB,
L.L.C., an Oklahoma limited liability company
registered to do business in the State of
Washington,

                Defendant.

No. C07-1787 (RAJ)

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL

The Court having received and reviewed Plaintiffs' Motion to File Documents Under

Seal, and all pleadings filed in response and reply thereto, makes the following ruling:

    1.     IT IS ORDERED that the motion is GRANTED.

    DATED this _____ day of _____, 2008.

_____
Honorable Richard A. Jones
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
LEAVE TO FILE DOCUMENTS UNDER SEAL
 (07-1787RAJ) Page - 4

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Presented by:

KELLER ROHRBACK L.L.P.

By s/ Frederick W. Schoepflin

Mark A. Griffin, WSBA #16296

Frederick W. Schoepflin, WSBA #19060

Ian Mensher, WSBA #39593

Email:  mgriffin@kellerrohrback.com

fschoepflin@kellerrohrback.com

imensher@kellerrohrback.com

MYERS & COMPANY, P.L.L.C.

Michael David Myers, WSBA #22486

1809 – 7th Ave., Suite 700

Seattle, WA  98101

Tel: (206) 398-1188

Fax:  (206) 398-1189

Email:  mmyers@myers-company.com

*Attorneys for Plaintiffs & Proposed Class*

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
LEAVE TO FILE DOCUMENTS UNDER SEAL
 (07-1787RAJ) Page - 5

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384