Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT BROTHERSON, et al.,

Plaintiffs,

v.

THE PROFESSIONAL
BASKETBALL CLUB, LLC,

Defendant.

No. C07-1787 RAJ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Richard A. Jones, United States District Judge:

Several motions are currently pending for the Court's consideration, including: Plaintiffs' Motion to Certify Class (Dkt. #33), Plaintiffs' Second Motion to Certify Class (Dkt. #41), Defendant's Motion for Summary Judgment on Contract Damages (Dkt. #80), Defendant's Motion for Summary Judgment on Consumer Protection Act Damages Claim (Dkt. #87), Defendant's Motion for Summary Judgment re: New Claim for Injunctive Relief (Dkt. #122), Plaintiffs' Motion for Summary Judgment on Defendant's Liability on Consumer Protection Act Claim (Dkt. #125),

MINUTE ORDER – 1

and Plaintiffs' Motion for Summary Judgment on Defendant's Liability for Breach of Contract (Dkt. #126).

The Court has tentatively scheduled oral argument on the above motions for February 18, 2009 at 1:30 p.m.  The Court may strike this hearing date should it decide that oral argument is unnecessary.

The Court further VACATES all pretrial deadlines pending resolution of the outstanding motions.  The Court intended for the settlement conference and mediation deadlines to remain as currently set, however, counsel has informed the Court that a settlement conference and mediation were already conducted in September of 2008 without resolution of this matter.

DATED this 23rd  day of January, 2009.

BRUCE RIFKIN,
Clerk of the Court

 /s/ Victoria Ericksen
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 2